DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHAMAR LAWRENCE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1458

[September 15, 2022]

Appeal of order denying 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk Volker, Judge; L.T. Case No. 502016CF005947.

Shamar Lawrence, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***